No. 75–5124. WARD v. CARPENTER, SHERIFF. C. A. 9th Cir. Certiorari denied.

No. 75–5134. PRITCHARD v. JULIAN ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 75–5135. FOSTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–5137. EVANS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5138. RUMFELT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–5139. RAMIREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5141. BEY, AKA WILLIAMS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–5142. RUSH v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 75–5143. HUNTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–5145. LEE v. UNITED STATES C. A. D. C. Cir. Certiorari denied.

No. 75–5151. HANKS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–5156. McDONNELL v. WOLFF, WARDEN. C. A. 8th Cir. Certiorari denied.